UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTORIA GONZALEZ-LERMA, an Individual,<br><br>  Plaintiff,<br><br>v.<br><br>CIRCUS CIRCUS LV, LLC, et al.,<br><br>  Defendants. | Case No. 2:23-cv-01734-JCM-BNW<br><br>**ORDER** |

Presently before the court is Plaintiff's counsel's motion to withdraw as attorneys for Plaintiff, Victoria Gonzalez-Lerma (ECF No. 13), filed on January 2, 2024.

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Plaintiff must file a notice advising the court whether she will retain new counsel or proceed pro se (represent herself) by February 2, 2024. Plaintiff is advised that unless and until she retains a new attorney, she is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that ER Injury Attorneys' and Craig Henderson's Motion to Withdraw as Plaintiff's Counsel (ECF Nos. 13) is **GRANTED**.

IT IS FURTHER ORDERED that Craig Henderson and ER Injury Attorneys must serve a copy of this order, as well as ECF No. 10 (Scheduling Order), on Ms. and must file proof of that service by January 17, 2024.

IT IS FURTHER ORDERED that the Clerk of the Court update Plaintiff's address and phone number as contained on page 6 of Counsel's motion, ECF No. 13.

IT IS FURTHER ORDERED that on or before February 2, 2024, Ms. Gonzalez-Lerma must file a written notice stating whether she intends to represent herself in this case or retain new

counsel. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Ms. Gonzalez-Lerma by February 2, 2024

DATED: January 3, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE